1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  RYAN REZAEI (CABN 285133)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7534
7      FAX: (415) 436-7234
       ryan.rezaei@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-367-6 CRB |
| Plaintiff, | JOINT REQUEST FOR CRIMINAL HISTORY ONLY REPORT AND [~~PROPOSED~~] ORDER |
| v. | |
| KAREN CASTRO-TORRES, a/k/a "Delany Ellieth Cardona Velasquez," | |
| Defendant. | |

The parties jointly request that the U.S. Probation Office prepare a criminal history only report for the above-named defendant. The parties believe the report will play an instrumental role in resolving the case.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this joint request and proposed order.

DATED: March 6, 2020      /s/_____
                          RYAN REZAEI
                          Assistant United States Attorney

DATED: March 6, 2020      /s/_____
                          GALIA AMRAM
                          Counsel for Defendant Karen Castro-Torres

**[~~PROPOSED~~] ORDER**

Based upon the representations of the parties in their joint request and for good cause shown, IT IS HEREBY ORDERED that the U.S. Probation Office prepare a criminal history only report for Karen Castro-Torres, a/k/a "Delany Ellieth Cardona Velasquez."

IT IS SO ORDERED.

DATED: March 9, 2020

CHARLES R. BREYER
United States Senior District Judge

JOINT REQUEST FOR CRIMINAL HISTORY ONLY REPORT
No. 19-CR-367-6                                    v. 7/10/2018