IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KAREN CASTRO-TORRES,<br>Defendant. | Case No. 19-cr-00367-CRB-6<br><br>**ORDER DENYING MOTION TO REVOKE RELEASE ORDER** |

On April 28, 2020, Magistrate Judge Corley ordered Defendant Karen Castro-Torres released to a halfway house in San Francisco. See Minute Order. The government now moves this Court to revoke the release order, arguing that no set of conditions can reasonably assure Castro-Torres's appearance. Mot. The government does not contend that Castro-Torres is a danger to the community. Id. at 1 n.1.

The Court has considered the parties' arguments at the motion hearings on May 1, 2020 and May 7, 2020, and in the briefing filed before this Court. The Court has also reviewed the briefing and arguments before Magistrate Judge Corley—both those from October and November 2019, and from April 2020. Like Magistrate Judge Corley, the Court is persuaded that any risk of flight can be mitigated. See Opp'n Ex. C (April 28, 2020 transcript) at 17. Based primarily on the April 28, 2020 under seal transcript, the Court believes that Castro-Torres is both motivated to stay in the United States and not motivated to return to Honduras. See id. at 6–9, 14–15. The Court also believes that there are good reasons to view Castro-Torres and co-defendant Eduardo Viera-Chirinos differently, as articulated by defense counsel at the May 1, 2020 hearing. That Castro-Torres does not have her passport, id. at 3, that she has been ordered to turn in any Honduran identification cards, id. at 4–5, 16, that the borders to Honduras are closed, id. at 3, 8–9,

1  and that Judge Corley ordered Castro-Torres to remain on "complete lockdown" in the halfway
2  house, even once her 14-day quarantine period ends, <u>id.</u> at 16–17, all meaningfully decrease the
3  risk of flight.  The defense's under seal submissions following the May 1, 2020 hearing are
4  consistent with the Court's assessment.

5        The Court believes that the conditions Judge Corley put in place will reasonably assure the
6  defendant's appearance.  Accordingly, the Court DENIES the government's motion.

7  **IT IS SO ORDERED.**
8  Dated:  May 7, 2020



CHARLES R. BREYER
United States District Judge